CIVIL, CLOSED, STAYED

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02851-LKK-EFB
### Internal Use Only

Vantine v. Merck & Company, Inc. et al
Assigned to: Senior Judge Lawrence K. Karlton
Referred to: Magistrate Judge Edmund F. Brennan
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/15/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Wendel Vantine**
*individually and as successor in interest to Maxine Lillian Vantine, deceased*

represented by **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.**

represented by **Kevin Michael Hara**
Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832

FILED
JUL 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
|  |  | Email: khara@reedsmith.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**McKesson Corporation** | represented by | **Anthony G Brazil**<br>Morris Polich & Purdy, LLP<br>1055 West 7th Street<br>24th Floor<br>Los Angeles, CA 90017<br>213891-9100 5120<br>Fax: 213488-1178<br>Email: abrazil@mpplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanika D. Corley**<br>Morris Polich and Purdy<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017<br>(213) 891-9100<br>Fax: (213) 488-1178<br>Email: kcorley@mpplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Amerisourcebergen Corporation** | represented by | **Anthony G Brazil**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanika D. Corley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pfizer Inc.** | represented by | **Peter Edward Schnaitman**<br>Tucker Ellis and West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017-2475<br>213-430-3400<br>Email: peter.schnaitman@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tae-Yoon Kim** |

        Tucker Ellis & West
        1000 Wilshire Boulevard
        Suite 1800
        Los Angeles, CA 90017
        213-430-3400
        Fax: 213-430-3409
        Email: tae.kim@tuckerellis.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**    represented by  **Peter Edward Schnaitman**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**    represented by  **Peter Edward Schnaitman**
*formerly known as*    (See above for address)
G.D. Searle & Co    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Linda Lee**
*M.D.*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C-D# 4 Exhibit E-G# 5 Exhibit H# 6 Exhibit I# 7 Exhibit J# 8 Civil Cover Sheet # 9 Attachment to Civil Cover Sheet)(Hara, Kevin) (Entered: 12/15/2006) |
| 12/15/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/15/2006) |
| 12/15/2006 | 2 | CONSENT to Removal of Action 1 by dfts Pharmacia Corporation and G. D. Searle LLC (Hara, Kevin) Modified on 12/19/2006 (Duong, D). (Entered: 12/15/2006) |

| | | |
|---|---|---|
| 12/15/2006 | 3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768; 2:06-cv-02776; 2:06-cv-02780; 2:06-cv-02807; 2:06-cv-02787; 2:06-cv-02814; 2:06-cv-02817; 2:06-cv-02812; 2:06-cv-02826; 2:06-cv-02830; 2:06-cv-02829 and 2:06-cv-02833* (Hara, Kevin) (Entered: 12/15/2006) |
| 12/18/2006 | 4 | (Court only) PROCESS CREDIT CARD (Kastilahn, A) (Entered: 12/18/2006) |
| 12/18/2006 | | RECEIPT number 205 12090 for $350.00 for New Case Filing Fee from Kevin Hara. (Donati, J) (Entered: 12/18/2006) |
| 12/18/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 3/19/2007 at 03:00 PM in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Donati, J) (Entered: 12/18/2006) |
| 12/18/2006 | 6 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/18/2006) |
| 12/20/2006 | 7 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/20/2006) |
| 12/20/2006 | 8 | CERTIFICATION and Notice of Interested Parties by McKesson Corporation. (Corley, Kanika) Modified on 12/21/2006 (Duong, D). (Entered: 12/20/2006) |
| 12/21/2006 | 9 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc. Attorney |

| | | |
|---|---|---|
| | | Kim, Tae-Yoon added.(Kim, Tae-Yoon) Modified on 12/22/2006 (Duong, D). (Entered: 12/21/2006) |
| 12/22/2006 | 10 | AMENDED NOTICE of RELATED CASE 2:06-cv-02780 FCD KJM, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-0833, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc. (Hara, Kevin) Modified on 12/22/2006 (Duong, D). (Entered: 12/22/2006) |
| 12/22/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/22/2006) |
| 01/10/2007 | 12 | MOTION to REMAND by Wendel Vantine. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/20/2007 at 10:00 AM in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Andrea J. McNeil # 3 Exhibit A - E to the Declaration # 4 Proposed Order Granting Plaintiffs' Motion to Remand )(McNeil, Andrea) Modified on 1/11/2007 (Duong, D). (Entered: 01/10/2007) |
| 01/15/2007 | 13 | AMENDED NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc. (Hara, Kevin) Modified on 1/16/2007 (Brown, T). (Entered: 01/15/2007) |
| 01/17/2007 | 14 | AMENDED NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.(Hara, Kevin) Modified on 1/17/2007 (Brown, T). (Entered: 01/17/2007) |
| 01/19/2007 | 15 | MOTION to STAY *All Proceedings Pending A Decision on Transfer by the Judicial Panel on Multidistrict Litigation* by Merck & Company, Inc. Motion Hearing set for 2/20/2007 at 10:00 AM in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton. (Attachments: # 1 Declaration of Kevin M. Hara# 2 Exhibits A-E # 3 Exhibits F-I # 4 Proposed Order) (Hara, Kevin) Modified on 1/22/2007 (Duong, D). (Entered: 01/19/2007) |
| 01/30/2007 | 16 | MEMORANDUM/RESPONSE in OPPOSITION re 15 MOTION to STAY *All Proceedings Pending A Decision on Transfer by the Judicial Panel on Multidistrict Litigation*. (Attachments: # 1 Declaration Andrea J. McNeil# 2 Exhibit A-F# 3 Exhibit G-I)(McNeil, Andrea) (Entered: 01/30/2007) |
| 02/01/2007 | 17 | OPPOSITION to pltf's Motion to Remand to the Superior Court of the State of CA by dfts Pfizer Inc., Pharmacia Corp. and GD Searle LCC. (Kim, Tae-Yoon) Modified on 2/2/2007 (Carlos, K). (Entered: 02/01/2007) |
| 02/01/2007 | 18 | DECLARATION of Tae-Yoon Kim in SUPPORT of dfts Pfizer Inc., Pharmacia Corp., and GD Searle LLC's OPPOSITION to 12 MOTION to |

|  |  |  |
|---|---|---|
|  |  | REMAND with Exhibits A through E attached. (Kim, Tae-Yoon) (Entered: 02/01/2007) |
| 02/02/2007 | 19 | RESPONSE in OPPOSITION to 12 motion to remand. (Attachments: # 1 Declaration of Kevin M. Hara # 2 Exhibit A - H # 3 Exhibit I - L # 4 Exhibit M - S # 5 Declaration of Gregory S. Yonko # 6 Declaration of Leonardo DeCandia)(Hara, Kevin) Modified on 2/5/2007 (Manzer, C). (Entered: 02/02/2007) |
| 02/12/2007 | 20 | ORDER signed by Judge Lawrence K. Karlton on 2/9/07 ORDERING that: dft Merck's 15 Motion to Stay is GRANTED; pltf's 12 Motion to Remand is DENIED; oral argument on the motions currently set for 2/20/07 @ 10:00 a.m. is VACATED; and upon entry of this order, further proceedings in this action shall be STAYED, pending transfer of the action to the MDL proceeding. CASE STAYED. (Brown, T) (Entered: 02/12/2007) |
| 04/04/2007 | 21 | AMENDED NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc. (Hara, Kevin) Modified on 4/5/2007 (Engbretson, K.). (Entered: 04/04/2007) |
| 06/28/2007 | 22 | ORDER, CASE TRANSFERRED to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Manzer, C) (Entered: 06/28/2007) |